# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 2, 2020

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Katherine Polk Failla, U.S.D.J.
40 Foley Square, Courtroom 618
New York, NY 10007-1312



*Re:*   **Martinez-Cruz, *et ano*. v. York Bagels Inc., *et al*.**
      **Case No: 1:20-cv-4084 (KPF) (SN)**
      <u>**MLLG File No.: 168-2020**</u>

Dear Judge Failla:

      This firm represents the Defendants in the above-referenced case. Defendants write to respectfully request an extension of time until September 25, 2020 to respond to the complaint.

      In accordance with ¶ 1(2)(D) of this Court's Individual Rules of Practice in Civil Cases: (i) the original deadline to respond to the complaint is currently August 17, 2020; (ii-iii) there have been no previous requests for an extension of time to respond to the complaint; (iv) the reason for the request is because your undersigned was unable to timely respond to the complaint because he contracted COVID on Friday, August 14, 2020, was required to quarantine at home, and only returned to the office on Monday, August 31, 2020 and, further, because a mediation is scheduled in this case on September 15, 2020 and Defendants wish to avoid incurring the legal costs in filing an answer in the event the parties reach a settlement; and (v) the adversary consents to this request.

      In light of the foregoing, Defendants respectfully submit that both good cause and excusable neglect exists warranting that this Court grant the requested extension. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

      Defendants further respectfully submit that the requested extension satisfies the letter and spirit of Rule 1 of the Federal Rules of Civil Procedure, which requires that the Rules should be construed, administered, <u>and</u> <u>employed</u> <u>by</u> <u>the</u> <u>court</u> and the parties to secure the <u>just</u>, <u>speedy</u>, and <u>inexpensive</u> determination of every action and proceeding. <u>See</u> Fed. R. Civ. P. 1 (emphasis added).

      Defendants thank this honorable Court for its time, attention, and anticipated courtesies in this case.

Dated: Lake Success, New York
September 2, 2020

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*

**VIA ECF**
Allyn & Fortuna LLP
Attn: Paula Lopez, Esq.
1010 Avenue of the Americas
Suite 302
New York, NY 10018-0023
plopez@allynfortuna.com

*Attorneys for Plaintiff*

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Sarah Netburn, U.S.M.J.
40 Foley Square, Courtroom 219
New York, NY 10007-1312

```
Application GRANTED.  The Court is pleased to hear that counsel
has recovered from COVID-19 and wishes all parties and counsel
good health.

Dated:      September 2, 2020          SO ORDERED.
            New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE