



ATTORNEYS AT LAW

**NEW YORK**
1010 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10018
TELEPHONE: (212)213-8844
FACSIMILE: (212)213-3318

December 2, 2020

*Via Electronic Case Filing*
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**NEW JERSEY**
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

Re: *Martinez-Cruz et al v. York Bagels Inc. et al.*
*Civil Action No. 20-CV-4084*

Dear Judge Failla:

Allyn & Fortuna LLP represents the plaintiffs, Rogelio Martinez-Cruz and Erick Martinez-Castillo (collectively referred to as "Plaintiffs"), in the above-referenced action. We are writing to request an adjournment of the initial pretrial conference in this case, scheduled for December 16, 2020 at 10:00 a.m.

We are requesting an adjournment due to a conflict. Plaintiffs' counsel has a mediation scheduled for December 16, 2020 in a case pending in the Eastern District of New York, *Medrano Aguilar et al v. Merchatz & Co., Ltd. et al.* (20-cv-03621-BMC). The mediation is scheduled to begin at 10:00 a.m. and is expected to last all day. We have conferred with Defendants' counsel and Defendants consent to the adjournment request. This is the first request for an adjournment.

If the court has availability on December 23, 2020, attorneys for all parties are also available for the conference. Otherwise, we respectfully request that the conference be adjourned to a date after January 6, 2021.

Please let us know if you have any questions or require additional information.

Thank you for your consideration.

Respectfully submitted,

/s/
Paula Lopez

Cc.: Defendants' counsel (via ecf)

Application GRANTED. The initial pretrial conference scheduled for December 16, 2020, is hereby ADJOURNED to December 23, 2020, at 2:00 p.m. At the appointed time, the parties are to call (888) 363-4749 and enter access code: 5123533. Please note that the conference will not be available until 2:00 p.m. The parties' joint pre-conference letter and proposed case management plan (see Dkt. #21), shall be due on or before December 17, 2020.

Dated:   December 2, 2020      SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE