UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————X

ROGELIO MARTINEZ-CRUZ and
ERICK MARTINEZ-CASTILLO,
*individually and on behalf of others similarly situated*   Civil Case No.: 20-CV-04084

                        Plaintiffs,

                                                            **PLAINTIFFS' NOTICE OF**
      -v-                                                **ACCEPTANCE OF OFFER OF**
                                                               **JUDGMENT**

YORK BAGELS INC. D/B/A BAGELS & CO.,
AMSTERDAM AVE BAGELS INC., D/B/A
BAGELS & CO., VLAD DJOURAEV and YURI
ISHAKOV, jointly and severally, in their
individual and professional capacities,
                        Defendants.
——————————————————————————X

To:    Emanuel Kataev, Esq.
         Milman Labuda Law Group PLLC
         3000 Marcus Avenue, Suite 3W8
         Lake Success, NY 11042-1073
         Emanuel@mllaborlaw.com

        PLEASE TAKE NOTICE that Plaintiffs Rogelio Martinez-Cruz and Erick Martinez-Castillo hereby accept the Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure, made by defendants York Bagels Inc. D/B/A Bagels & Co., Amsterdam Ave Bagels Inc., D/B/A Bagels & Co., Vlad Djouraev and Yuri Ishakov, dated June 7 2021. A true copy of the Offer of Judgment is annexed hereto as Exhibit "A."

Dated: June 7, 2021        ALLYN & FORTUNA LLP

                                      Nicholas Fortuna, Esq.
                                      Paula Lopez, Esq.
                                      Allyn & Fortuna LLP
                                      1010 Avenue of the Americas
                                      New York, NY 10018
                                      nfortuna@allynfortuna.com
                                      plopez@allynfortuna.com

Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

ROGELIO MARTINEZ-CRUZ and
ERICK MARTINEZ-CASTILLO,
*individually and on behalf of others similarly situated*   Case No.: 1:20-cv-4084 (KPF) (SN)

                            Plaintiffs,

                                                            **DEFENDANTS'**
         -v-                                                **OFFER OF JUDGMENT**
                                                            **PURSUANT TO RULE 68**
                                                            **OF THE FEDERAL RULES**
YORK BAGELS INC. D/B/A BAGELS & CO.,                        **OF CIVIL PROCEDURE**
AMSTERDAM AVE BAGELS INC., D/B/A
BAGELS & CO., VLAD DJOURAEV and YURI
ISHAKOV, jointly and severally, in their
individual and professional capacities,

                            Defendants.
_____X

To:   Nicholas Fortuna, Esq.
      Allyn & Fortuna LLP
      1010 Avenue of the Americas
      New York, NY 10018
      Tel: (212) 213-8844
      Email: nfortuna@allynfortuna.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), Defendants York Bagels Inc., Amsterdam Ave Bagels Inc., Vlad Djouraev, and Yuri Ishakov hereby offer to allow Judgment to be entered jointly and severally against them in this action in the amount of $68,000.00, payable within forty-five (45) days of filing of Plaintiff's Notice of Acceptance, inclusive of Plaintiffs' reasonable attorneys' fees and costs incurred to the date of this offer. This offer is unconditional, and is made to fully and finally resolve all of Plaintiffs' claims for relief.

This Offer of Judgment is made for the purposes specified in Rule 68, and is not to be construed as either an admission that Defendants are liable in this action, nor that Plaintiffs have suffered any damages. This Offer of Judgment shall not be filed with the Court unless it is accepted.

Dated: Lake Success, New York
June 7, 2021

**MILMAN LABUDA LAW GROUP PLLC**

_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*