UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
ROGELIO MARTINEZ-CRUZ and
ERICK MARTINEZ-CASTILLO,
*individually and on behalf of others similarly situated*   Civil Case No.: 20-CV-04084

                                        Plaintiffs,

        -v-

YORK BAGELS INC. D/B/A BAGELS & CO.,
AMSTERDAM AVE BAGELS INC., D/B/A
BAGELS & CO., VLAD DJOURAEV and YURI
ISHAKOV, jointly and severally, in their
individual and professional capacities,
                                        Defendants.
_____X

## [PROPOSED] JUDGMENT

On June 7, 2021 Plaintiffs filed a Notice of Acceptance of Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs ROGELIO MARTINEZ-CRUZ AND ERICK MARTINEZ-CASTILLO have judgment against defendants YORK BAGELS INC. D/B/A BAGELS & CO., AMSTERDAM AVE BAGELS INC., D/B/A BAGELS & CO., VLAD DJOURAEV AND YURI ISHAKOV, jointly and severally, in the amount of Sixty-Eight Thousand Dollars and Zero Cents ($68,000.00), which is inclusive of attorneys' fees and costs.

Dated: June \_\_\_\_, 2021

                                        _____
                                        **HON. KATHERINE POLK FAILLA**