UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROGELIO MARTINEZ-CRUZ and ERICK
MARTINEZ-CASTILLO, individually and on behalf
of others similarly situated,

                             Plaintiffs,

      -against-

YORK BAGELS INC. d/b/a BAGELS & CO.,
AMSTERDAM AVE BAGELS INC., d/b/a BAGELS
& CO., VLAD DJOURAEV and YURI ISHAKOV,
jointly and severally, in their individual and
professional capacities,

                             Defendants.
-----------------------------------------------------------------X

Case No.: 1:20-cv-4084 (KPF) (SN)

**SO-ORDERED STIPULATION
OF VACATUR OF JUDGMENT**

Pursuant to Rules 60(b)(5) and 60(b)(6) of the Federal Rules of Civil Procedure, the parties respectfully submit the following stipulation:

    1.    The Defendants, having offered judgment, in the above-caption action in this Court, which Plaintiffs have accepted and Defendants have paid in full, now, upon the consent of Allyn & Fortuna LLP, attorneys for Plaintiffs, and Milman Labuda Law Group PLLC, attorneys for the Defendants, it is

**HEREBY STIPULATED AND AGREED,** that the judgment entered on June 7, 2021, is vacated as to the Defendants.

Dated: New York, New York
       August 9, 2021

**ALLYN & FORTUNA LLP**

_____
Paula Lopez, Esq.
1010 Avenue of the Americas, Suite 302
New York, NY 10018-0023
(212) 213-8844 (office)
(212) 213-3318 (facsimile)
plopez@allynfortuna.com

*Attorney for Plaintiffs*

Dated: Lake Success, New York
       August 9, 2021

**MILMAN LABUDA LAW GROUP PLLC**

_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*

Date:   August 12, 2021
        New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE